UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MUHAMMAD FAROOQ,　　　　　　　　　　Docket No.: 1:22-cv-5122-ENV-RML

　　　　Plaintiff,

　-against-　　　　　　　　　　　　　　STIPULATION OF DISMISSAL
　　　　　　　　　　　　　　　　　　　　WITH PREJUDICE

PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,

　　　　Defendants.
_____/

To the Clerk of the above-named Court:

It is hereby agreed by the undersigned parties and attorneys for Plaintiff Muhammad Farooq, and Defendants Portfolio Recovery Associates, LLC, Experian Information Solutions, Inc., and Trans Union, LLC, that the within action shall be dismissed with prejudice, as to named Defendants, and with each party to bear their own fees and costs.

**Tariq Law PC**　　　　　　　　　　　　**Troutman Pepper Hamilton Sanders LLP**
*Attorney for Plaintiff*　　　　　　　　*Attorney for Defendant*
*Muhammad Farooq*　　　　　　　　　　　*Portfolio Recovery Associates, LLC*

By:_____　　　　　By:_____
　　Subhan Tariq, Esq.　　　　　　　　　　Stephen Jay Steinlight, Esq.

99 Park Avenue, Suite 1100　　　　　　875 Third Avenue
New York, NY 10016　　　　　　　　　　New York, NY 10022
Tel No: (212) 804-9095　　　　　　　　Tel No: (212) 704-6000

**Jones Day**  
*Attorney for Defendant*  
*Experian Information Solutions, Inc.*

By: _____  
Brett Michael Weinstein, Esq.

250 Vesey Street  
New York, NY 10281  
Tel No: (212) 326-7854

**Schuckit & Associates, P.C.**  
*Attorney for Defendant*  
*Trans Union, LLC*

By: _____  
Camille Renee Nicodemus, Esq.

4545 Northwestern Drive  
Zionsville, IN 46077  
Tel No: (317) 363-2400