UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MUHAMMAD FAROOQ,　　　　　　　　　Docket No.: 1:22-cv-5122-ENV-RML

　　　　　Plaintiff,

　-against-　　　　　　　　　　　　　　STIPULATION OF DISMISSAL
　　　　　　　　　　　　　　　　　　　　WITH PREJUDICE

PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,

　　　　　Defendants.
_____/

To the Clerk of the above-named Court:

　It is hereby agreed by the undersigned parties and attorneys for Plaintiff Muhammad Farooq, and Defendants Portfolio Recovery Associates, LLC, Experian Information Solutions, Inc., and Trans Union, LLC, that the within action shall be dismissed with prejudice, as to named Defendants, and with each party to bear their own fees and costs.

| | |
|---|---|
| **Tariq Law PC** | **Troutman Pepper Hamilton Sanders LLP** |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Muhammad Farooq* | *Portfolio Recovery Associates, LLC* |
| By: _____ | By: _____ |
| Subhan Tariq, Esq. | Stephen Jay Steinlight, Esq. |
| 99 Park Avenue, Suite 1100 | 875 Third Avenue |
| New York, NY 10016 | New York, NY 10022 |
| Tel No: (212) 804-9095 | Tel No: (212) 704-6000 |

| | |
|---|---|
| **Jones Day** | **Schuckit & Associates, P.C.** |
| *Attorney for Defendant* | *Attorney for Defendant* |
| *Experian Information Solutions, Inc.* | *Trans Union, LLC* |
| By: /s/ Brett Michael Weinstein | By: /s/ Camille Renee Nicodemus |
| Brett Michael Weinstein, Esq. | Camille Renee Nicodemus, Esq. |
| 250 Vesey Street | 4545 Northwestern Drive |
| New York, NY 10281 | Zionsville, IN 46077 |
| Tel No: (212) 326-7854 | Tel No: (317) 363-2400 |

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 12/6/23

/s/ Hon. Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The Clerk is directed to close the case.